# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | NO. 16-cv-4427 |
| A. KENNETH BELANGER, ET AL. | : : | |
| Defendants. | : | |

## ORDER

AND NOW, this 9th day of May, 2017, upon consideration of Defendants' Partial Motion to Dismiss (Doc. No. 7), Plaintiff's Response in Opposition thereto (Doc. No. 11), and Defendants' Reply in Further Support thereof (Doc. No. 12), for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,    J.